```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S-2:10-0298 WBS |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) RESETTING STATUS CONFERENCE, |
| v. | ) AND EXCLUDING TIME UNDER |
| | ) THE SPEEDY TRIAL ACT |
| JAI HITEN PATEL, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Jai Hiten Patel, through his counsel of record, Jesse Garcia, Esq., hereby stipulate and agree that the status conference set for January 9, 2012, be continued to March 5, 2012. The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of March 5, 2012, for the status conference.

Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) and Local Code

T4, to give the defendant time to further review the discovery and to adequately prepare. The parties agreed that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

                BENJAMIN B. WAGNER
                United States Attorney

Dated: January 9, 2012    By: /s/ Michael M. Beckwith
                MICHAEL M. BECKWITH
                Assistant U.S. Attorney
                Attorney for Plaintiff

DATED: January 9, 2012    By: /s/ Jesse Garcia
                JESSE GARCIA
                Attorney for Defendant
                JAI HITEN PATEL

1

2                           **ORDER**

3       UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is

4  hereby ordered that the status conference set for January 9, 2012,

5  at 9:30 a.m., be continued to March 5, 2012 at 9:30 a.m., and that

6  the time beginningJanuary 9, 2012, extending through and including

7  March 5, 2012, be excluded from the calculation of time under the

8  Speedy Trial Act.  The Court finds that the interests of justice

9  served by granting this continuance outweigh the best interests of

10 the public and the defendant in a speedy trial.  18 U.S.C. §

11 3161(h)(7)(A).

12      **IT IS SO ORDERED.**

13 DATED:   January 9, 2012

14                         _____
                           WILLIAM B. SHUBB
15                         UNITED STATES DISTRICT JUDGE