GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California  94544
(510) 887-7445

JESSE J. GARCIA (CSBN 061223)
Attorney for Defendant
JAI PATEL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,              ) | |
| ) CASE NO. CR S-10-298 WBS | |
| Plaintiffs,                        ) | |
| ) ORDER | |
| vs.                                                               ) EXONERATING BOND AND | |
| ) RECONVEYANCE OF PROPERTY | |
| ) | |
| JAI PATEL,                                                  ) Judge William B. Shubb | |
| ) | |
| Defendant.                      ) | |
| _____ ) | |

The action having been dismissed, IT IS HEREBY ORDERED that bond is hereby exonerated as to defendant Jai Patel, and the Clerk is hereby ordered to reconvey the property commonly known as 35644 Goldsmith Drive, City of Fremont, County of Alameda, State of California 94536, to Hitendra Patel and Purnima Patel.

Dated:  June 6, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE